In the Matter of the Claim of WILLIAM SHERIDAN, Respondent, *v.* P. J. GROLL CONSTRUCTION COMPANY et al., Appellants.

(Submitted May 22, 1916; decided June 16, 1916.)

MOTION to amend remittitur. (See 218 N. Y. 633.)

Motion granted and remittitur resettled so as to provide for the award of costs against the state industrial commission only. (See *Matter of Wilson* v. *Dorflinger & Sons,* 218 N. Y. 734.)